IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,

    Appellant,

v.

UNITED STATES BANKRUPTCY TRUSTEE,

    Appellee.

No. C 07-00227 WHA

**ORDER RE RECORD ON APPEAL**

    Pursuant to Bankruptcy Local Rules 8006-1 and 8007-1, appellant shall perfect the record on appeal no later than **MAY 16, 2007**. The case management conference in this matter scheduled for April 19, 2007 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE