IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS MAGER LAKUSTA, | No. C 07-00227 WHA |
| Appellant, | |
| v. | **ORDER OF REFERRAL** |
| UNITED STATES BANKRUPTCY TRUSTEE, | |
| Appellee. | |

Upon review, this action appears to concern the same parties, transactions and events as *Lakusta v. Evans*, Case No. C 06-6105 PJH. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Phyllis Hamilton for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: June 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2007Civ\07-00227 Lakusta\referral pjh.wpd