UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,　　　　　　　　　　Case Number: CV07-00227 WHA

　　　　　　Appellant,　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

　v.

UNITED STATES BANKRUPTCY
TRUSTEE,

　　　　　　Appellee.. /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

 US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. Of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dated: June 26, 2007

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk