United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS MAGER LAKUSTA,<br><br>Appellant,<br><br>v.<br><br>UNITED STATES TRUSTEE<br><br>Appellee. | No. C 07-00227 WHA<br><br>**ORDER RE ADMINISTRATIVE MOTION TO RELATE CASES AND REQUEST TO DELAY BRIEFING SCHEDULE** |

The Court has received appellant's administrative motion to relate cases. Under Civil Local Rule 3-12, related cases are reassigned to the judge with the earliest-filed case. Thus, this action cannot be reassigned to Judge Claudia Wilken for being re *Alexis Mager Lakusta v. Mark Evans, et al.*, Case No. 07-03085 CRW.

Appellant's "emergency" request to place the briefing schedule on hold in this action is **DENIED**. Appellant's opening brief was due on July 2, 2007. Appellant must file his opening brief no later than **JULY 16, 2007**. If not, an order to show cause why this appeal should not be dismissed for failure to prosecute will issue.

**IT IS SO ORDERED.**

Dated: July 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE