IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS MAGER LAKUSTA,<br><br>    Appellant,<br><br>  v.<br><br>UNITED STATES TRUSTEE<br><br>    Appellee.<br>_____ / | No. C 07-00227 WHA<br><br>**ORDER DENYING APPELLANT'S AMENDED REQUEST TO DELAY BRIEFING SCHEDULE** |

    Good cause not shown, appellant's amended "emergency" request for an order putting the briefing schedule in this action on hold is **DENIED**. Appellant's opening brief is due on **JULY 16, 2007**.

    **IT IS SO ORDERED.**

Dated: July 10, 2007.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE