UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS MAGER LAKUSTA,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES TRUSTEE,<br><br>        Defendant. | Case Number: CV07-00227 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. Of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dated: July 10, 2007

                                                Richard W. Wieking, Clerk
                                                By: Dawn Toland, Deputy Clerk