1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   JULIE M. GLOSSON, Trial Attorney (#230709)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA  94104
4  Telephone: (415) 705-3333
   Facsimile:  (415) 705-3379
5
   Attorneys for Acting United States Trustee
6   SARA L. KISTLER

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ALEXIS MAGER LAKUSTA,            )   No.     07-cv-00227-SBA
                                     )
12              Appellant.           )   Appeal from Bankruptcy Court - Northern
                                     )   District of California
13       v.                          )
                                     )   **UNITED STATES TRUSTEE'S MOTION**
14  UNITED STATES TRUSTEE,           )   **FOR REMOVAL OF APPELLEE**
                                     )   **DESIGNATION**
15              Appellee.            )
                                     )
16  ──────────────────────────────── )

17         Sara L. Kistler, Acting United States Trustee for the Northern District of California, moves

18  this court for an order removing the United States Trustee as Appellee in the above captioned appeal.

19         The U.S. Trustee was erroneously and inadvertently labeled "appellee" based upon Mr.

20  Lakusta's Notice of Appeal filed on December 28, 2006 in the bankruptcy case styled *In re Alexis*

21  *Mager Lakusta,* Case No. 02-31521 pending before the Honorable Thomas E. Carlson.  *See*

22  Declaration of Paralegal for copy of Notice of Appeal.   Therein, the U.S. Trustee is named on page 3

23  following the paragraph reporting "names of all parties to the order being appealed from."  Due to

24  clerical error, inadvertance, or a misunderstanding of the U.S. Trustee's posture in this case, the U.S.

25  Trustee was named as Appellee.

26         The U.S. Trustee was not a party to the underlying action from which Mr. Lakusta appeals,

27  and thus is not a party to this appeal.  *See* Declaration of Paralegal Specialist for copy of Order

28  Directing Dismissal of Action with Prejudice.  Nor will she be participating in this appeal.

UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION         - 1 -

1    WHEREFORE, the U.S. Trustee respectfully requests this court to enter an order removing

2    the U.S. Trustee as appellee.

3    Dated: August 7, 2007                        Respectfully submitted,
                                                  Sara L. Kistler, Acting United States Trustee
4
     Of Counsel:                                  By:  /s/ Julie M. Glosson, 230709
5                                                 Trial Attorney - U.S. Department of Justice
     Donna S. Tamanaha                            Office of the United States Trustee
6    Assistant U.S. Trustee (WI#1013199)          235 Pine Street, Suite 700
     235 Pine Street, Suite 700                   San Francisco, CA  94104
7    San Francisco, CA  94104                     Telephone: (415) 705-3333
     Telephone: (415) 705-3333
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION          - 2 -