# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS MAGER LAKUSTA, | No.   07-cv-00227-SBA |
| Appellant. | Appeal from Bankruptcy Court - Northern District of California |
| v. | |
| UNITED STATES TRUSTEE, | **ORDER REMOVING THE UNITED STATES TRUSTEE AS APPELLEE** |
| Appellee. | |

Based upon the motion of Sara L. Kistler, Acting United States Trustee for the Northern District of California, for an order removing the United States Trustee as appellee, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is granted; and

2. The United States Trustee is removed as the appellee.

Dated:

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE