DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 705-3333
Facsimile:   (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS MAGER LAKUSTA, | No.     07-cv-00227-SBA |
| Appellant. | Appeal from Bankruptcy Court - Northern District of California |
| v. | |
| UNITED STATES TRUSTEE, | **DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION** |
| Appellee. | |

I, Ankey To, declare as follows:

1.     I am employed as Paralegal Specialist in the Office of the United States Trustee, Region 17, San Francisco Division, 235 Pine Street, San Francisco, California 94104.  The Office of the United States Trustee represents Sara A. Kistler, Acting United States Trustee for Region 17.

2.     I make this declaration based on my own personal knowledge of the facts of this matter.

3.     The U.S. Trustee did not confer with the Appellant as to a stipulation to the removal matter nor the motion for removal.

4.     Attached to this Declaration as **Exhibit A** is a true and correct copy of Notice of Appeal filed on December 28, 2006 in the bankruptcy case styled *In re Alexis Mager Lakusta,* Case No. 02-31521 pending before the Honorable Thomas E. Carlson.

DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF
UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION                                           - 1 -

1    5.    Attached to this Declaration as **Exhibit B** is a true and correct copy of Order Directing Dismissal of Action with Prejudice.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct, and, if called upon to testify thereon as a witness, I would be competent to so testify.

Dated: August 7, 2007

/s/
Ankey To
Paralegal Specialist

DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF
UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION   - 2 -