1  Alexis Mager Lakusta,
   *in propria persona*
2  1259 El Camino Real #245
   Menlo Park, CA 94025
3  (650) 566-9971

4



FILED

DEC 2 8 2006

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

5

                UNITED STATES BANKRUPTCY COURT
6
                NORTHERN DISTRICT OF CALIFORNIA
7

8
   In re:                          )  Case No.: No. 02-31521 TC
9                                   )
   ALEXIS MAGER LAKUSTA,            )  Chapter 7
10                                  )
        Debtor.                     )
11  _____ )  Adv. Proc. No. 03-3549 TC
                                    )
12  ALEXIS MAGER LAKUSTA,           )
                                    )
13         Plaintiff,               )  **NOTICE OF APPEAL**
                                    )
14   vs.                            )
                                    )
15  MARK H. EVANS, CHICAGO TITLE COM- )
    PANY, SHARON  E. LAFOUNTAIN, DAVID )
16  BOONE, OLD LA HONDA PROPERTIES, )
    LLC, and DOES 1 through 10 inclusive. )
17                                  )
18         Defendants               )
    _____ )

19

20       Alexis Mager Lakusta, Debtor and Plaintiff, hereby appeals under 28 U.S.C.

21  section 158 (a) from ORDER DIRECTING DISMISSAL OF ACTION WITH PREJUDICE

22  (issued by United States Bankruptcy Judge Thomas E. Carlson and entered in this

23  Chapter 7 case on December 18, 2006).  A copy of the order being appealed from

24  is attached to this Notice of Appeal, including a copy of the Court Service List. Also

25  being filed with this Notice of Appeal, pursuant to Federal Rules of Bankruptcy

1  Procedure, Rule 8001(e), is a separate statement of election to have this appeal

2  heard by the United States District Court.

3          The names of all parties to the order being appealed from, and the names,

4  addresses, and telephone numbers of their respective attorneys, where applicable,

5  are:

6              Aron M. Oliner, Esq.
               [former counsel to Charles E. Sims, Trustee, deceased]
7              Duane Morris LLP
               1 Market Plaza
8              Spear Tower, 20th Floor
               San Francisco, CA 94105-1104
9              (415) 957-3104

10

11             Mark H. Evans and
               Old La Honda Properties, LLC
                  counsel:  Catherine Schlomann Robertson, Esq.
12                          Pahl and Gosselin
                            225 West Santa Clara Street, Suite 1500
13                          San Jose, CA 95113-1700
                            (408) 286-5100

14

15             Sharon E. La Fountain
               13651 Saratoga-Sunnyvale Road
16             Saratoga, CA 95070
               (408) 867-2000
17                counsel:  unknown

18

19             Chicago Title Company
                  counsel:  Kathleen J. Moorhead
20                          Peter K. Wolff, Jr.
                            100 N. Wiget Lane, Suite 150
                            Walnut Creek, California 94598
21                          (925) 930-9550

22

23             David A. Boone, Esq.
                  counsel:  James Roberts, Esq.
24                          Roberts and Elliott, LLP
                            Ten Almaden Boulevard
                            Suite 500
25                          San Jose, CA  95113

1

Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
(415) 705-3333

2

3

4

5  Dated:   December 28, 2006   Signed   Alexi, Mager Lakusta

6                                          Alexis Magér Lakusta,
                                           *in propria persona*

7                                          1259 El Camino Real #245
                                           Menlo Park, CA 94025

8                                          (650) 566-9971

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Entered on Docket
December 15, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 15, 2006

THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 02-31521 STC |
| ALEXIS MAGER LAKUSTA, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| _____ | ) |
| ALEXIS MAGER LAKUSTA, | ) Adv. Proc. No. 03-3549 TC |
| Plaintiff, | ) |
| vs. | ) |
| MARK H. EVANS; SHARON LA FOUNTAIN; and ALVIN C. SILVERNAGEL, | ) Date: December 11, 2006 |
| | ) Time: 9:30 a.m. |
| | ) Ctrm: Hon. Thomas E. Carlson |
| Defendants. | ) 235 Pine Street |
| | ) San Francisco, CA |
| _____ | ) |

## ORDER DIRECTING DISMISSAL OF ACTION WITH PREJUDICE

Upon due consideration, and for the reasons stated in the accompanying memorandum and on the record at the December 11, 2006 hearing, the court hereby enters the following order.

ORDER DIRECTING DISMISSAL
OF ACTION WITH PREJUDICE            -1-

016205

1    (1) The above-entitled chapter 7 case is reopened for the

2    purpose of entry of this order.  No filing fee shall be charged to

3    any party to reopen this case.

4    (2) The court hereby determines that the claims asserted in

5    Lakusta v. Evans, et al., San Mateo Superior Court No. CIV 454368

6    (the 2006 Action), are assets of the Lakusta bankruptcy estate that

7    were not abandoned to Mr. Lakusta upon the closing of the chapter 7

8    bankruptcy case, and that Mr. Lakusta has no interest in those

9    claims.

10    (3) Pursuant to 11 U.S.C. § 105, Aron M. Oliner is appointed

11    to act on behalf of the Lakusta bankruptcy estate with respect to

12    the 2006 Action.

13    (4) Mr. Oliner is ordered to sign and submit for filing a

14    request that the 2006 Action be dismissed with prejudice.

15                            **END OF ORDER**

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Court Service List</u>**

Alexis Mager Lakusta
1259 El Camino Real, Suite 245
Menlo Park, CA 94025-4208

Catherine Schlomann Robertson, Esq.
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1700

Aron M. Oliner, Esq.
Law Offices of Duane Morris
1 Market Spear Tower #2000
San Francisco, CA 94105-1411

016205