Entered on Docket
December 18, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: December 15, 2006**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 02-31521 STC |
| ALEXIS MAGER LAKUSTA, | |
| | Chapter 7 |
| Debtor. | |
| ALEXIS MAGER LAKUSTA, | Adv. Proc. No. 03-3549 TC |
| Plaintiff, | |
| vs. | |
| MARK H. EVANS; SHARON LA FOUNTAIN; and ALVIN C. SILVERNAGEL, | Date: December 11, 2006<br>Time: 9:30 a.m.<br>Ctrm: Hon. Thomas E. Carlson<br>235 Pine Street<br>San Francisco, CA |
| Defendants. | |

**ORDER DIRECTING DISMISSAL OF ACTION WITH PREJUDICE**

Upon due consideration, and for the reasons stated in the accompanying memorandum and on the record at the December 11, 2006 hearing, the court hereby enters the following order.

**ORDER DIRECTING DISMISSAL
OF ACTION WITH PREJUDICE**                     -1-

1       (1) The above-entitled chapter 7 case is reopened for the
2  purpose of entry of this order.  No filing fee shall be charged to
3  any party to reopen this case.
4       (2) The court hereby determines that the claims asserted in
5  <u>Lakusta v. Evans, et al.</u>, San Mateo Superior Court No. CIV 454368
6  (the 2006 Action), are assets of the Lakusta bankruptcy estate that
7  were not abandoned to Mr. Lakusta upon the closing of the chapter 7
8  bankruptcy case, and that Mr. Lakusta has no interest in those
9  claims.
10      (3) Pursuant to 11 U.S.C. § 105, Aron M. Oliner is appointed
11 to act on behalf of the Lakusta bankruptcy estate with respect to
12 the 2006 Action.
13      (4) Mr. Oliner is ordered to sign and submit for filing a
14 request that the 2006 Action be dismissed with prejudice.

**\*\*END OF ORDER\*\***

**Court Service List**

Alexis Mager Lakusta
1259 El Camino Real, Suite 245
Menlo Park, CA 94025-4208

Catherine Schlomann Robertson, Esq.
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1700

Aron M. Oliner, Esq.
Law Offices of Duane Morris
1 Market Spear Tower #2000
San Francisco, CA 94105-1411