1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   JULIE M. GLOSSON, Trial Attorney (#230709)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA  94104
4  Telephone: (415) 705-3333
   Facsimile:  (415) 705-3379
5
   Attorneys for Acting United States Trustee
6   SARA L. KISTLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS MAGER LAKUSTA, | No.   07-cv-00227-SBA |
| Appellant. | Appeal from Bankruptcy Court - Northern District of California |
| v. | |
| UNITED STATES TRUSTEE, | **CERTIFICATE OF SERVICE** |
| Appellee. | |

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 235 Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a copy of the attached

**UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION**

**DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF**
**UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION**

**[PROPOSED] ORDER REMOVING THE UNITED STATES TRUSTEE AS APPELLEE**

upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid postage thereon, in the United States mail at San Francisco, California, addressed to each party listed below.

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

CERTIFICATE OF SERVICE                                                                                           - 1 -

1  Thomas E. Carlson
   USBC-San Francisco
2  for the Northern Dist. of CA
   235 Pine St
3  P.O. Box 7341
   San Francisco, CA 94104
4
   Sharon E. LaFountain
5  13651 Saratoga-Sunnyvale Road
   Saratoga, CA 95070
6
   Wayne Silver
7  333 W. El Camino Real
   Sunnyvale, CA 94807
8
       I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
9  Francisco, California on August 7, 2007.

10 By: ___/s/_____
       Ankey To

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE     - 2 -