1  DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
   JULIE M. GLOSSON, Trial Attorney (#230709)
2  U.S. Department of Justice
   Office of the United States Trustee
3  235 Pine Street, Suite 700
   San Francisco, CA  94104
4  Telephone: (415) 705-3333
   Facsimile:  (415) 705-3379
5
   Attorneys for Acting United States Trustee
6   SARA L. KISTLER

7                     **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 9 | ALEXIS MAGER LAKUSTA, | ) No.   07-cv-00227-SBA |
| 10 | Appellant. | ) Appeal from Bankruptcy Court - Northern District of California |
| 11 | v. | ) |
| 12 | UNITED STATES TRUSTEE, | ) **NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE DESIGNATION** |
| 13 | Appellee. | ) |
| 14 | _____ | ) |

   **Please take notice** that the United States Trustee's Motion for Removal of Appellee Designation will be heard on **Monday, October 15, 2007, at 1:00 p.m. before the Honorable Saundra B. Armstrong.**

   Sara L. Kistler, Acting United States Trustee for the Northern District of California, moves this court for an order removing the United States Trustee as Appellee in the above captioned appeal. The U.S. Trustee was inadvertently named as Appellee. The U.S. Trustee was not a party to the underlying action from which this appeal is taken and does not intend to substantively participate in this appeal.

   Any objection or response to this motion must be made in writing an in accordance with Civil Local Rules.

Dated: August 23, 2007                    Respectfully submitted,
                                          Sara L. Kistler, Acting United States Trustee

                                          By:   /s/ Julie M. Glosson, 230709
                                          Trial Attorney - U.S. Department of Justice

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF APPELLEE
DESIGNATION                                                                           - 1 -