1   DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
    JULIE M. GLOSSON, Trial Attorney (#230709)
2   U.S. Department of Justice
    Office of the United States Trustee
3   235 Pine Street, Suite 700
    San Francisco, CA  94104
4   Telephone: (415) 705-3333
    Facsimile:  (415) 705-3379
5
    Attorneys for Acting United States Trustee
6    SARA L. KISTLER

7               **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9   ALEXIS MAGER LAKUSTA,              )    No.    07-cv-00227-SBA
                                        )
10            Appellant.                )    Appeal from Bankruptcy Court - Northern
                                        )    District of California
11        v.                            )
                                        )    **CERTIFICATE OF SERVICE**
12  UNITED STATES TRUSTEE,             )
                                        )
13            Appellee.                 )
                                        )
14  _____ )

15          I, the undersigned, state that I am employed in the City and County of San Francisco, State of
16  California, in the Office of the United States Trustee, at whose direction the service was made; that I
    am over the age of eighteen years and not a party to the within action; that my business address is 235
    Pine Street, Suite 700, San Francisco, California 94104, that on the date set out below, I served a
17  copy of the attached

18  **NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR REMOVAL OF
    APPELLEE DESIGNATION**
19
20  upon each party listed below by placing such a copy, enclosed in a sealed envelope, with prepaid
    postage thereon, in the United States mail at San Francisco, California, addressed to each party listed
    below.
21
22  Alexis Mager Lakusta          Thomas E. Carlson            Sharon E. LaFountain
    1259 El Camino Real #245       USBC-San Francisco           13651 Saratoga-Sunnyvale Road
23  Menlo Park, CA 94025          for the Northern Dist. of CA  Saratoga, CA 95070
                                   235 Pine St
24  U.S. Bankruptcy Court         P.O. Box 7341                Wayne Silver
    235 Pine Street               San Francisco, CA 94104      333 W. El Camino Real
    P.O. Box 7341                                              Sunnyvale, CA 94807
25  San Francisco, CA 94120-7341

26
27          I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
    Francisco, California on August 23, 2007.

28  By:  ___/s/_____
             Ankey To

    CERTIFICATE OF SERVICE                                                          - 1 -