IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

ALEXIS MAGER LAKUSTA,

        Debtor.
_____/

No. C 07-0227 SBA

**ORDER**

Debtor Alexis Mager Lakusta commenced the instant bankruptcy appeal pro se in this Court on December 28, 2006. Lakusta appeals the Bankruptcy Court's December 15, 2006 dismissal of his Chapter 7 action with prejudice. Lakusta's opening brief was originally due on July 2, 2007. After unsuccessfully requesting that the Court extend the time for Lakusta to file his opening brief, on July 5, 2007, and again on July 10, 2007, the Court ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. Docket Nos. 21 & 22.

On July 16, 2007, Lakusta filed a three-paragraph[1] "opening brief" which provides a five-sentence "argument" explaining Lakusta's grounds for appeal. Docket No 23. Lakusta's sole legal argument is contained in the following sentence: "Appellant will show with case law that the dismissal is not valid under federal law." *Id.* Lakusta states in the final sentence of his filing that "[a]ll further discussion and appellant's legal arguments will be presented in the amended opening brief."

Lakusta was not granted leave to file an amended brief, and, in any case, has not filed one. Needless to say, Lakusta's filing fails to provide any grounds for the Court to disturb the Bankruptcy Court's order. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. The Clerk shall close the file and terminate any pending matters.

---

[1] In addition to the "brief" itself, Lakusta attached a three-page "Cover Pages to Opening Brief: Statement of Disposition of Related Cases" that purports to detail the status of other lawsuits Lakusta has filed.

1  IT IS SO ORDERED.

Dated: 9/25/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAKUSTA et al,

        Plaintiff,

v.

US TRUSTEE et al,

        Defendant.

Case Number: CV07-00227 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Julie Marie Glosson
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

3

**United States District Court**
For the Northern District of California

1  Dated: September 27, 2007
2                                        Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

ALEXIS MAGER LAKUSTA,

Debtor.
_____/

No. C 07-0227 SBA

**ORDER**

Debtor Alexis Mager Lakusta commenced the instant bankruptcy appeal pro se in this Court on December 28, 2006. Lakusta appeals the Bankruptcy Court's December 15, 2006 dismissal of his Chapter 7 action with prejudice. Lakusta's opening brief was originally due on July 2, 2007. After unsuccessfully requesting that the Court extend the time for Lakusta to file his opening brief, on July 5, 2007, and again on July 10, 2007, the Court ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. Docket Nos. 21 & 22.

On July 16, 2007, Lakusta filed a three-paragraph[1] "opening brief" which provides a five-sentence "argument" explaining Lakusta's grounds for appeal. Docket No 23. Lakusta's sole legal argument is contained in the following sentence: "Appellant will show with case law that the dismissal is not valid under federal law." *Id.* Lakusta states in the final sentence of his filing that "[a]ll further discussion and appellant's legal arguments will be presented in the amended opening brief."

Lakusta was not granted leave to file an amended brief, and, in any case, has not filed one. Needless to say, Lakusta's filing fails to provide any grounds for the Court to disturb the Bankruptcy Court's order. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. The Clerk shall close the file and terminate any pending matters.

---

[1] In addition to the "brief" itself, Lakusta attached a three-page "Cover Pages to Opening Brief: Statement of Disposition of Related Cases" that purports to detail the status of other lawsuits Lakusta has filed.

1  IT IS SO ORDERED.

2  
Dated: 9/25/07
3  
                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAKUSTA et al,

        Plaintiff,

v.

US TRUSTEE et al,

        Defendant.

Case Number: CV07-00227 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Julie Marie Glosson
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

3

1 Dated: September 27, 2007

Richard W. Wieking, Clerk
2 By: LISA R CLARK, Deputy Clerk

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

ALEXIS MAGER LAKUSTA,

    Debtor.

No. C 07-0227 SBA

**ORDER**

Debtor Alexis Mager Lakusta commenced the instant bankruptcy appeal pro se in this Court on December 28, 2006. Lakusta appeals the Bankruptcy Court's December 15, 2006 dismissal of his Chapter 7 action with prejudice. Lakusta's opening brief was originally due on July 2, 2007. After unsuccessfully requesting that the Court extend the time for Lakusta to file his opening brief, on July 5, 2007, and again on July 10, 2007, the Court ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. Docket Nos. 21 & 22.

On July 16, 2007, Lakusta filed a three-paragraph[1] "opening brief" which provides a five-sentence "argument" explaining Lakusta's grounds for appeal. Docket No 23. Lakusta's sole legal argument is contained in the following sentence: "Appellant will show with case law that the dismissal is not valid under federal law." *Id.* Lakusta states in the final sentence of his filing that "[a]ll further discussion and appellant's legal arguments will be presented in the amended opening brief."

Lakusta was not granted leave to file an amended brief, and, in any case, has not filed one. Needless to say, Lakusta's filing fails to provide any grounds for the Court to disturb the Bankruptcy Court's order. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. The Clerk shall close the file and terminate any pending matters.

---

[1] In addition to the "brief" itself, Lakusta attached a three-page "Cover Pages to Opening Brief: Statement of Disposition of Related Cases" that purports to detail the status of other lawsuits Lakusta has filed.

1  IT IS SO ORDERED.

2  Dated: 9/25/07

3  SAUNDRA BROWN ARMSTRONG
   United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKUSTA et al, <br><br> Plaintiff, <br><br> v. <br><br> US TRUSTEE et al, <br><br> Defendant. | Case Number: CV07-00227 SBA <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Julie Marie Glosson
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

3

Dated: September 27, 2007

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE                                                                          No. C 07-0227 SBA

ALEXIS MAGER LAKUSTA,                                     **ORDER**

          Debtor.
_____/

    Debtor Alexis Mager Lakusta commenced the instant bankruptcy appeal pro se in this Court on December 28, 2006. Lakusta appeals the Bankruptcy Court's December 15, 2006 dismissal of his Chapter 7 action with prejudice. Lakusta's opening brief was originally due on July 2, 2007. After unsuccessfully requesting that the Court extend the time for Lakusta to file his opening brief, on July 5, 2007, and again on July 10, 2007, the Court ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. Docket Nos. 21 & 22.

    On July 16, 2007, Lakusta filed a three-paragraph[1] "opening brief" which provides a five-sentence "argument" explaining Lakusta's grounds for appeal. Docket No 23. Lakusta's sole legal argument is contained in the following sentence: "Appellant will show with case law that the dismissal is not valid under federal law." *Id.* Lakusta states in the final sentence of his filing that "[a]ll further discussion and appellant's legal arguments will be presented in the amended opening brief."

    Lakusta was not granted leave to file an amended brief, and, in any case, has not filed one. Needless to say, Lakusta's filing fails to provide any grounds for the Court to disturb the Bankruptcy Court's order. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. The Clerk shall close the file and terminate any pending matters.

---

[1] In addition to the "brief" itself, Lakusta attached a three-page "Cover Pages to Opening Brief: Statement of Disposition of Related Cases" that purports to detail the status of other lawsuits Lakusta has filed.

1  IT IS SO ORDERED.

2  Dated: 9/25/07

3  SAUNDRA BROWN ARMSTRONG
   United States District Judge

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA |

LAKUSTA et al,

        Plaintiff,

  v.

US TRUSTEE et al,

        Defendant.

Case Number: CV07-00227 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Julie Marie Glosson
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

3

**United States District Court**
For the Northern District of California

1  Dated: September 27, 2007

2                                             Richard W. Wieking, Clerk
                                           By: LISA R CLARK, Deputy Clerk

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE                                                           No. C 07-0227 SBA

ALEXIS MAGER LAKUSTA,                      **ORDER**

Debtor.
_____/

Debtor Alexis Mager Lakusta commenced the instant bankruptcy appeal pro se in this Court on December 28, 2006. Lakusta appeals the Bankruptcy Court's December 15, 2006 dismissal of his Chapter 7 action with prejudice. Lakusta's opening brief was originally due on July 2, 2007. After unsuccessfully requesting that the Court extend the time for Lakusta to file his opening brief, on July 5, 2007, and again on July 10, 2007, the Court ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. Docket Nos. 21 & 22.

On July 16, 2007, Lakusta filed a three-paragraph[1] "opening brief" which provides a five-sentence "argument" explaining Lakusta's grounds for appeal. Docket No 23. Lakusta's sole legal argument is contained in the following sentence: "Appellant will show with case law that the dismissal is not valid under federal law." *Id.* Lakusta states in the final sentence of his filing that "[a]ll further discussion and appellant's legal arguments will be presented in the amended opening brief."

Lakusta was not granted leave to file an amended brief, and, in any case, has not filed one. Needless to say, Lakusta's filing fails to provide any grounds for the Court to disturb the Bankruptcy Court's order. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. The Clerk shall close the file and terminate any pending matters.

---

[1] In addition to the "brief" itself, Lakusta attached a three-page "Cover Pages to Opening Brief: Statement of Disposition of Related Cases" that purports to detail the status of other lawsuits Lakusta has filed.

1  IT IS SO ORDERED.

Dated: 9/25/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAKUSTA et al,

        Plaintiff,

v.

US TRUSTEE et al,

        Defendant.

Case Number: CV07-00227 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

US Trustee
Office of the US Trustee, SF
235 Pine St., Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Julie Marie Glosson
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

Thomas E. Carlson
USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

3

1 | Dated: September 27, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk