## PROOF OF SERVICE BY MAIL



**Case Name:**     Alexis Mager Lakusta vs. Mark H. Evans, et al.

**Related Actions:**

        No. C-06-03431 SBA
        No. C-07-00227 SBA
        No. C-07-03085 SBA

Seems Gore declares:

I am over the age of 18 years, not a party to this action, and I am self-employed at Post N' More in Menlo Park, California.

On September 25, 2007, I placed for collection and mailing, at Menlo Park, California, a copy of the attached:

### CLERK'S NOTICE RE RELATED ACTIONS

in a sealed envelope, with postage thereon fully prepaid, addressed to:

    Stephen D. Pahl
    Catherine Schlomann Robertson
    Pahl and McCay
    225 West Santa Clara Street, Suite 1500
    San Jose, CA 95113-1700

    Kathleen J. Moorhead
    100 N. Wiget Lane, Suite 150
    Walnut Creek, CA 94598

    Sharon E. LaFountain
    Chicago Title Company
    675 N. 1st Street, Suite 300
    San Jose, CA 95112-5111

    James Roberts
    Roberts and Elliott LLP
    Ten Almaden Blvd., Suite 500
    San Jose, CA 95113

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED: September 25, 2007

_____
Seema Gore

**FILED**

SEP 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LAKUSTA, | RELATED ACTIONS: <br> No. C 06-03431 SBA <br> No. C 07-00227 SBA <br> No. C 07-03085 SBA <br> CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

   **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: /s/ Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

      Plaintiff,

v.

IN RE: ALEXIS MAGER LAKUSTA et al,

      Defendant.

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

David Duperrault
25 Metro Drive
Suite 600
San Jose, CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

-2-

| | |
|---|---|
| 1 | Sharon E. LaFountain |
| | 13651 Saratoga-Synnyvale Road |
| 2 | Saratoga, CA 95070 |
| 3 | Thomas E. Carlson |
| | U.S. Bankruptcy Judge |
| 4 | USBC-San Francisco |
| | 235 Pine St |
| 5 | P.O. Box 7341 |
| | San Francisco, CA 94104 |
| 6 | |
| | Wayne Silver |
| 7 | 333 W. El Camino Real |
| | Sunnyvale, CA 94807 |

Dated: September 19, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

-3-

