## PROOF OF SERVICE BY MAIL

**Case Name:**   Alexis Mager Lakusta vs. Mark H. Evans, et al.

**Related Actions:**

~~No. C-06-03431 SBA~~ AML.
No. C-07-00227 SBA
~~No. C-07-03085 SBA~~ AML.

Seems Gore declares:

I am over the age of 18 years, not a party to this action, and I am self-employed at Post N' More in Menlo Park, California.

On October 25, 2007, I placed for collection and mailing, at Menlo Park, California, a copy of the attached:

**LETTER TO JUDGE ARMSTRONG, DATED 24 OCTOBER 2007
APPELLANT'S CASE MANAGEMENT STATEMENT**

in a sealed envelope, with postage thereon fully prepaid, addressed to:

Stephen D. Pahl
Catherine Schlomann Robertson
Pahl and McCay
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1700

Kathleen J. Moorhead
100 N. Wiget Lane, Suite 150
Walnut Creek, CA 94598

Sharon E. LaFountain
Chicago Title Company
675 N. 1st Street
Suite 300
San Jose, CA 95112-5111

James Robert
Roberts and Elliott LLP
Ten Almaden Blvd.
Suite 500
San Jose, CA 95113

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807

USBC Manager – San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Thomas E. Carlson
USBC–San Francisco
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Julie Marie Glosson
Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED: October 25, 2007

_____
Seema Gore